UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 14, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARMANDO MAYORGA GARCIA ,

Defendant.

Case No. 3:17-mj-00038-CMK

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ARMANDO MAYORGA GARCIA , Case No. 3:17-mj-00038-CMK , from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

**X** Unsecured Appearance Bond $ 25,000, cosigned by Christina Garcia.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other): Pretrial Services conditions.

Issued at Sacramento, California on December 14, 2017 at 2:55 pm

By: /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney